1 JAMES McNAIR THOMPSON
SBN 67807
2 LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
3 LOS GATOS CA 95031
(408) 358-6047
4 Attorney for Tracy Ann Valenzuela

5

6 UNITED STATES DISTRICT COURT

7 NORTHERN DISTRICT OF CALIFORNIA

8 SAN JOSE DIVISION

9

| | |
|---|---|
| 10 UNITED STATES OF CALIFORNIA, | Case No.: CR 11 – 00471 DLJ |
| 11             Plaintiff, | EXHIBIT 2 PART 1 (pp 1 – 13) TO DECLARATION OF JAMES McNAIR THOMPSON:  AFFIDAVIT IN SUPPORT OF SEARCH WARRANT |
| 12 | |
| 13     vs. | |
| 14 TRACY ANN VALENZUELA | |
| 15             Defendant | |

16

17

18

19

20

21

22

23

24

25

AO106 (Rev. 12/03) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT

NORTHERN _____ DISTRICT OF  CALIFORNIA

FILED

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

[redacted]

Napa, California 94558

SEALED BY ORDER OF THE COURT

APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT

Case Number: 11-70095 HR

I, SPECIAL AGENT ANN A. TROMBETTA-F.B.I. _____ being duly sworn depose and say:

I am a(n) SPECIAL AGENT ANN A. TROMBETTA-F.B.I. _____ and have reason to believe
                    Official Title

that ☐ on the person of or ☑ on the property or premises known as (name, description and/or location)

[redacted]

SEE ATTACHMENT A (incorporated herein by reference)

in the  NORTHERN _____ District of  CALIFORNIA _____

there is now concealed a certain person or property, namely (describe the person or property to be seized)

SEE ATTACHMENT B (items to be seized) and ATTACHMENT C (Computer Search Procedure)
(incorporated herein by reference)

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

EVIDENCE, FRUITS, AND INSTRUMENTALITES OF A CRIME

concerning a violation of Title  18 _____ United States code, Section(s)  1030(a)(2)(c) & 1030(a)(5)

The facts to support a finding of probable cause are as follows:
SEE ATTACHED AFFIDAVIT (incorporated herein by reference)

Continued on the attached sheet and made a part hereof:   ☑ Yes   ☐ No

Approved
As To  MATTHEW A. PARRELLA
Form:  _____
        AUSA

Signature of Affiant

Sworn to before me and subscribed in my presence,

_____1/26/11_____                                          at  SAN JOSE, CALIFORNIA
Date                                                            City                    State

HOWARD R. LLOYD          U.S. MAGISTRATE
Name of Judge            Title of Judge              Signature of Judge

I, Ann A. Trombetta, Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, hereby declare as follows:

## OVERVIEW AND AGENT BACKGROUND

1. I am an "investigative or law enforcement officer of the United States," within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516, Title 18, United States Code.

2. I am a Special Agent (SA) with the Federal Bureau of Investigation ("FBI") assigned to the investigation of cyber-crime, and have been so employed since January 2010. My training included attending the 21 week FBI new agent basic training during which I received instruction on various aspects of federal investigations. In addition to new agent training, I have also attended thirty-seven (37) hours of FBI training on how to investigate cyber crimes.

3. During my career as a Special Agent of the FBI, I have participated in a variety of criminal investigations, to include, high technology or cyber crime, organized crime, antitrust violations, and other federal violations. I have participated in the execution of search warrants involving searches and seizures of computer equipment, business records, and electronic media used to store records. Prior to joining the FBI, I was admitted to the California State Bar, and worked as a Deputy District Attorney and Deputy Public Defender.

4. This application is part of an investigation into Distributed Denial of Service (DDoS) attacks against PayPal, Inc., a company located in San Jose, California.

5. As part of an ongoing FBI investigation, I make this affidavit in support of

1

an application by the United States of America for a warrant to search the residence located at ███████████████████ Napa, California, 94558 (hereafter "the SUBJECT PREMISES"), further described in Attachment A, for the items in Attachment B, which constitute evidence, fruits and instrumentalities of criminal activity.

      6.    As set forth herein, probable cause exists to believe that evidence, fruits, and/or instrumentalities of the violations of 18 U.S.C. §§ 1030(a)(2)(c) (Intentionally Accessing A Protected Computer To Obtain Information) and 1030(a)(5)(Knowing Causing the Transmission Of A Program, Information, Code Or Command and Intentionally Causing Damage To A Protected Computer) are present at the SUBJECT PREMISES.

      7.    I am familiar with the facts and circumstances of this case. The facts set forth in this affidavit are based on knowledge obtained from other FBI agents and other individuals; my review of documents and computer records related to this investigation; oral and written communications with others who have personal knowledge of the events and circumstances described herein; review and analysis of computer information obtained from the victim organizations; review of public source information, including information available on the Internet; and records received via legal process. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation.

## SUBJECT PREMISES

      8.    The SUBJECT PREMISES is located on the corner of ███████████████ ███████ Napa, California, 94558. The SUBJECT PREMISES is described as a one story,

SUBJECT PREMISES is the unit on the left. The house is gray in color with white trim. The numbers 3005 are painted on the curb in front of the property.

## APPLICABLE STATUTES

9. Title 18, United States Code, Section 1030(a)(5) states:

(a) Whoever - (5)(A) knowingly causes the transmission of a program, information, code, or command, and as a result of such conduct, intentionally causes damage without authorization, to a protected computer . . . shall be punished as provided in subsection (c) of this subsection.

10. Title 18, United States Code, Section 1030(b) states that:

Whoever conspires to commit or attempt to commit an offense under subsection (a) of this section shall be punishable as provided in subsection (c) of this section.

## DEFINITIONS

11. The following terms, which I am familiar with as a result of training, education, and experience, and experience, are pertinent to this investigation.

12. **Domain Names**: Numerical IP addresses may have corresponding domain names. For instance, the IP address "149.101.10.40" resolves to the corresponding domain name "www.cybercrime.gov."

13. **Internet Protocol Address ("IP address")**: An Internet Protocol address is a unique numeric address used to identify computers on the Internet. The standard format for IP addressing consists of four numbers between 0 and 255 separated by dots (e.g., 149.101.10.40). Every computer connected to the Internet (or group of computers using the same account to access the Internet) must be assigned an IP address so that Internet traffic sent from and directed to that computer is directed properly from

3

its source to its destination. Internet service providers ("ISPs") assign IP addresses to their customers' computers. An ISP might assign a different IP address to a customer each time the customer makes an Internet connection (so-called "dynamic IP addressing"), or it might assign an IP address to a customer permanently or for a fixed period of time (so-called "static IP addressing"). The IP address used by a computer attached to the Internet is unique for the duration of a particular session; that is, from connection to disconnection. ISP's typically log their customers' connections, which means that the ISP can identify which of their customers was assigned a specific IP address during a particular session.

14. **User Datagram Protocol (UDP)**: A basic Internet protocol with which computer applications can send messages to other computers on the Internet without requiring prior communications to set up special transmission channels or data paths.

15. **Transmission Control Protocol (TCP)**: A basic Internet protocol that provides the service of exchanging data between two hosts. TCP provides reliable ordered delivery of a stream of data from a program on one computer to another program on another computer.

16. **Hypertext Transfer Protocol (HTTP)**: A networking protocol for distributed, collaborative, hypermedia information systems. HTTP is a communication protocol that is the foundation of data communication for the World Wide Web.

17. **Log files**: The term "log files" refers to computer-generated files

TV000016

containing information regarding the activities of computer users, processes running on a computer, and the activity of computer resources.

18. **Internet Relay Chat (IRC):** A form of realtime Internet chat. It is mainly designed for group (many to many) communication in discussion forums called channels, but also allows one to one communication via private message. IRC is an open protocol that uses TCP. An IRC server can connect to other IRC servers to expand the network. Users access IRC networks by connecting to a client server. Most client servers do not require users to register an account but a user will have to set a nickname before being connected.

   a. Channels are the basic means of communication in an established IRC session. There can be more than one channel on an IRC server and the channels can be available across an entire IRC network or only on the local server.

   b. Modes are for both users and channels and determine if the channel is moderated or not and by whom, who can participate and in what capacity and who controls the whole channel.

   c. IRC Operators are users who maintain elevated rights on their local server, or entire network, and are called IRC operators, sometimes shortened to IRCops. The privileges of IRCops vary but are typically enabled to disconnect and reconnect servers, completely ban IPs and ban complete subnets. IRC Networks that carry services (nickserv et al.) usually allow their IRCops to also handle basic "ownership" matters. Further privileges

5

may include overriding channel bans.

d. Nickserv is a service on an IRC server which allows a user to "register" a nickname and prevent others from using it.

19. **DDoS**: A distributed denial of service attack which is an attempt to make a computer resource unavailable to it intended users. Although the means to carry out, motives for, and targets of a DDoS may vary, it generally consists of the concerted efforts of a person or people to prevent an internet site or service from functioning efficiently or at all. One common method of attack involves saturating the target machine with external communications requests, such that it cannot respond to legitimate traffic, or responds slowly as to be rendered effectively unavailable.

20. **LOIC/HOIC**: Low Orbit Ion Cannon/High Orbit Ion Cannon are packet flooding tools using UDP, TCP, and HTTP methods. LOIC/HOIC are open source computer programs that were designed as network stress testing applications. Attackers can use this tool to send extremely large amounts of packets over the network to attempt to overwhelm a target. When used collectively from multiple sources, a DDoS can occur against a target site by flooding the site with TCP packets, UDP packets, or HTTP requests with the intention of disrupting the service of the target site. LOIC can be used in two ways, manual or HIVE Mode (Hive Mind). If using manual mode, the user must enter a target, such as an IP address or the http address of the target.

21. **Strings:** A string is a sequence of characters, generally understood as a data type storing a sequence of data values. In the LOIC applications the strings contained specific unique data values, creating identifiable signatures.

TV000018

22. **HIVE and/or HIVE Mind:** This mode of LOIC/HOIC enables the user to connect LOIC/HOIC to an Internet Relay Chat (IRC) Server, allowing someone else to control which specific target all connected LOIC/HOIC clients are aimed at. The user is basically agreeing to participate in a "voluntary" botnet.

23. **BotNet**: A term for a collection of computers, sometimes referred to as bots, which run autonomously. While the term "BotNet" can be used to refer to any group of bots, such as Internet Relay Chat (IRC) bots, the word is generally used to refer to a collection of compromised machines running programs, usually referred to as worms, Trojan horses, or backdoors, under a common "command and control" (C&C) infrastructure. A BotNet's originator, referred to as a "botherder" can control the group remotely through communications using a specific protocol, usually IRC, and usually for nefarious purposes. Individual programs manifest as IRC bots. Often the command and control takes place via an IRC server or a specific channel on a public IRC network. A bot typically runs hidden, that is, the user of the infected computer is not aware that it is running the bot program. Generally, the perpetrator of the BotNet has compromised a series of systems using various tools (exploits, buffer overflows, as well as others). BotNets have become a significant part of the Internet, albeit increasingly hidden. Due to the fact that most conventional IRC networks have taken measures to block access to previously hosted BotNets, botherders must now find their own servers. Often, a BotNet will include a variety of connections, ranging from dial up, DSL, and cable modems, and a variety of network types, including educational, corporate, government and even military networks. Sometimes, a botherder will hide an IRC server installation on an

TV000019

educational or corporate site, where high speed connections can support a large number of bots.

24. **Command and Control (C&C) node or server**: A Command and Control (C&C) node/server is a computer managing a particular network of bots. There can be one or many, including a hierarchy, of C&C computers managing a BotNet.

25. **Twitter:** A website owned and operated by Twitter, Inc., which offers social networking and micoblogging service which enables its users to send and read messages called "tweets." Tweets are text based posts displayed on the users' profile page. Tweets are publicly visible by default; however, senders can restrict message delivery to their followers. Users may subscribe to other users' tweets.

26. **Radware:** An intrusion prevention system or a network utility device that can be connected to a company's network and is designed to provide security and detect known intrusion attacks. It is designed to examine all network traffic and determine which traffic to allow into the network.

## FACTS SUPPORTING PROBABLE CAUSE

### PayPal Suspends Account Used by WikiLeaks

27. PayPal, Inc. (PayPal) is an e-commerce business allowing payments and money transfers to be made through the Internet. These online money transfers serve as electronic alternatives to traditional paper methods such as checks and money orders. The company is headquartered in San Jose, California. It is a wholly-owned subsidiary of eBay.[1]

---

[1] eBay is an Internet company that manages eBay.com, an online auction and shopping website in which people and business buy and sell a broad variety of goods and services worldwide. The company is headquartered in San Jose, California.

28. WikiLeaks is an international organization that publishes submissions of otherwise unavailable documents from anonymous sources. The WikiLeaks website states they provide an innovative, secure and anonymous way for independent sources around the world to leak information.

29. In late November 2010, WikiLeaks released a large amount of classified United States State Department cables to the public. In response to WikiLeaks' release of the classified cables, many companies that conducted business with WikiLeaks, such as PayPal, Visa, Amazon, and Mastercard, suspended or froze WikiLeaks' accounts, citing a violation of their terms of service. On or about December 13, 2010, SA Christopher Calderon reviewed a number of news articles on the internet, including one by the Wall Street Journal dated December 9, 2010 in their online article titled "WikiLeaks' Supporters Pledge More Attacks", PayPal, Visa, Amazon, and Mastercard terminated their relationship with WikiLeaks and are now being targeted by online activist groups such as Anonymous.

### Overview of DDos Attacks Against PayPal

30. On December 6, 2010, Supervisory Special Agent (SSA) William Ng, SA Melanie Adams and SA Christopher Calderon participated in a conference telephone call with ████████████████████████████████████████ PayPal. During the conversation and subsequent contacts, ███████ indicated the company posted a message about suspending the WikiLeaks' PayPal account on its blog site (www.paypalblog.com). [2] ███████ further advised PayPal's blog had experienced a minor

---

[2] The blog post, which as of January 21, 2011, was still on the PayPal blog stated "PayPal has permanently restricted the account used by WikiLeaks due to a violation of the PayPal Acceptable Use Policy, which states that our payment service cannot be used for any activities that encourage, promote,

9

DDoS attack. This attack occurred on December 4, 2010. ▮ believed that an internet activist group that used the names "4chan" and "Anonymous" (Anonymous), were responsible for the December 4, 2010 attack and that the group appeared to be organizing a larger DDos attacks against PayPal. ▮ believed the attack was organized in response to PayPal's decision to suspend the WikiLeaks' PayPal account that was used to collect donations. ▮ had earlier provided a link https://uloadr.com/u/4.png to SSA Ng.

31.  SA Christopher Calderon conducted internet research and found a press release issued by Anonymous on December 10, 2010. According to the press release, which is located at the Internet web address anonops.webs.com/ANONYMOUS_PRESS_RELEASE_16_12_2010.pdf, Anonymous described themselves as being "average Internet Citizens" and stated that their "motivation is a collective sense of being fed up with all the minor and major injustices we witness every day." The article further stated, "The continuing attacks on PayPal are already tested and preferable: while not damaging their ability to process payments, they are successful in slowing their network down just enough for people to notice and thus, we achieve our goal of raising awareness."

32.  Later in the morning, on December 6, 2010, Weisman informed SSA Ng, there had been a DDoS attack against PayPal's website. On December 10, 2010, ▮ ▮ PayPal, advised SA Melanie Adams there have been multiple, severe DDoS attacks against eBay/PayPal between December 6, 2010 and December 10, 2010 and that these attacks were coordinated by a group calling themselves

---

facilitate or instruct others to engage in illegal activity. We've notified the account holder of this action."

10

"Anonymous" and "AnonOps." ▬▬▬ advised on December 8, 2010, www.paypal.com was attacked with a large scale, coordinated effort controlled by servers that PayPal believed belonged to the group Anönymous using IRC C&C servers. This attack peaked around 7 pm pacific Time. ▬▬▬ further advised SA Melanie Adams that on December 10, 2010, PayPal was still experiencing unusual traffic levels to include low levels of attack traffic.

33.    On January 13, 2011, SA Melanie Adams reviewed several online news reports such as pcworld.com, (http:/pcworld.com/businesscenter/article/212701/operation_payback_wikileaks_avenged_by_hactivists.html) dated 12/0 7/2010; pcmag.com (http:/www.pcmag.com/article2/0,2817,2374023,00.asp) dated December 8, 2010;  msnbc.com (http:/msnbc.msn.com/id/40559236/ns/us_news-wikileaks_in_security) dated 12/08/2010; and cbsnews.com (http:/cbsnews.com/stories/2010/12/08/world/main7129265.shtml dated 12/08/2010, which reveal that in addition to PayPal, the attackers also launched DDoS on numerous other online entities including Visa, Mastercard, Moneybookers.com, Swiss bank PostFinance, Sarah Palin's website and the Swedish Prosecutor's Office. Anonymous has titled their attacks "Operation Payback."

34.    On or about December 13, 2010, SA Christopher Calderon reviewed a number of Twitter feeds that were providing information about Anonymous and the DDoS attacks. Based on the review of Twitter feeds, it appeared that the attackers, whose identities were obscured by nicknames, were not concealing their actions, but actually trying to make the attacks highly publicized. The attackers were primarily organizing and recruiting participants through Twitter, using Twitter accounts such as "Anon_Operation," "AnonOpsNet,"

TV000023

"Operation_Anon," "Anon_Operations," and "Op_Payback." Ultimately, Anonymous recruited participants and then directed those who wanted to participate in the attack to their Internet Relay Chat (IRC) server at irc.anonops.net (the anonops IRC server). For instance, publicly viewable posts were being made on various internet sites including Twitter which read "Target: https://www.paypal.com/ When: in a few hours. We will fire at anyone or anything that tries to censor WikiLeaks, including multi-Billion dollar companies such as PayPal. Twitter you're next for censoring #wikileaks discussion. Set your LOIC HIVE server to loic.anonops.net, channel #loic. Get on our IRC network! irc://irc.anonops.net/Operation Payback http://www.anonops.net.".

35. Based on the review of Twitter feeds by SA Calderon on or about December 13, 2010, it appeared that once users logged into the anonops IRC server, they were instructed to download and install a computer program called Low Orbit Ion Cannon ("LOIC") in order to carry out coordinated DDoS attacks.

### Use of the LOIC Application in the DDoS Attacks

36. A copy of the source code for the LOIC client was obtained by ██████ ████████████████████ Forsythe analyzed the code to determine the way the LOIC client program functions and subsequently provided a detailed report to SA Adam Reynolds of the FBI. According to the report ██████ launched the LOIC client in an isolated test environment to determine the steps necessary to launch an attack, though it was never allowed to connect to any other systems. It should be mentioned that this analysis was on one available version of the LOIC client. Throughout the attack timespan, the LOIC application was being modified by its creators and contributors in attempts to improve its effectiveness. It is not