MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYBN 2040855)
HANLEY CHEW (CABN 189985)
Assistant United States Attorneys

   150 Almaden Blvd., 9th Floor
   San Jose, California 95113
   Telephone: (408) 535-5042
   FAX: (408) 535-5066
   matthew.parrella@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>    )<br>v. )<br>    )<br>TRACY ANN VALENZUELA, )<br>      Defendant. )<br>_____ ) | No. 11-00471-DLJ<br><br>**STIPULATION AND []<br>ORDER CONTINUING MOTION<br>HEARING FROM JULY 19, 2012 TO<br>JULY 26, 2012** |

     The parties hereby request that the Court enter this order continue the motions hearing in this matter from July 19, 2012 to July 26, 2012. The parties, including the defendant, stipulate as follows:

1. On or about June 10, 2012, defendant filed her motion to suppress. On or about June 18, 2012, the government filed its opposition to defendant's motion to suppress. On or about June 19, 2012, defendant filed her reply to the government's opposition. Defendant's motion is scheduled to be heard on July 19, 2012.

STIPULATION & [] ORDER
11-00471-DLJ

2. Government counsel assigned to the case, Assistant United States Attorneys Matthew Parrella and Hanley Chew will be unexpectedly unavailable on July 19, 2012 and have requested a brief continuance to July 26, 2012. Defendant has no objection to the continuance.

IT IS SO STIPULATED.

DATED: July 10, 2012                 /s/ James McNair Thompson
                                     JAMES McNAIR THOMPSON


DATED: July 10, 2012                 /s/ Matthew A. Parrella
                                     MATTHEW A. PARRELLA
                                     HANLEY CHEW
                                     Assistant United States Attorneys

### [] ORDER

Having considered the stipulation of the parties, the Court finds that good cause exists for continuing the hearing on defendant's motion to suppress from July 19, 2012 to July 26, 2012. Accordingly, the Court orders that the hearing for defendant's motion to suppress be continued from July 19, 2012 to July 26, 2012 at 9:00 a.m.

IT IS SO ORDERED.

DATED: ïƚïƚG

                                     THE HONORABLE D. LOWELL JENSEN
                                     United States District Judge

STIPULATION & [] ORDER
11-00471-DLJ