JAMES McNAIR THOMPSON
SBN 67807
NANCY A. THOMPSON
SBN 67809
PO BOX 636
LOS GATOS CA 95031
(408) 358-6047
Attorneys for Tracy Ann Valenzuela

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br><br>TRACY ANN VALENZUELA<br><br>　　　　Defendant | Case No.: CR 11 – 00471 DLJ<br><br>STIPULATION AND []<br>ORDER CONTINUING SENTENCING<br>FROM NOVEMBER 20, 2014 TO<br>DECEMBER 4, 2014 AT 10:00 A.M. |

　　On December 5, 2013, thirteen of the fourteen defendants in the above – captioned matter entered pleas, and twelve of them had sentencing set for December 4, 2014 at 10:00 a.m.; defendant Valenzuela's sentencing was specially set for November 20, 2014 because of counsel's anticipated unavailability on December 4, 2014. See Doc.s 629 through 641.

　　The anticipated scheduling conflict has now been resolved, and counsel now has no scheduling conflict with December 4, 2014.

　　In order to assure uniformity in the resolution of the cases, and in order to foster judicial economy and avoid a multiplicity of appearances by the government,

1 the parties stipulate that the November 20, 2014 sentencing date be vacated, and
2 that the matter be set for December 4, 2014 at 10:00 a.m. for sentencing before the
3 Hon. D. Lowell Jensen, Judge of the United States District Court.

4 Dated: June 9, 2014

MELINDA HAAG
UNITED STATES ATTORNEY

_____/s/_____
MATTHEW A. PARRELLA
HANLEY CHEW
Assistant U.S. Attorneys

Dated: June 9, 2014

_____/s/_____
James McNair Thompson
Attorney for defendant Valenzuela

## ] ORDER

GOOD CAUSE THEREFORE APPEARING, the matter is continued from November 20, 2014 to December 4, 2014 at 10:00 a.m. for sentencing.

Dated: î☐ï☐ı

_____
Hon. D. Lowell Jensen
Judge of the United States District Court